**FILED**

NOV 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OA 91 Criminal Complaint

# United States District Court

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA
V.
BARBARA LEWIS
a/k/a Stephanie Michelle Puckett

CRIMINAL COMPLAINT

Case Number: **B7**  07 70700

☐ ORIGINAL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about November 21, 2007 in San Mateo County, in
(Date)
the Northern District of California defendant(s) did,

(Track Statutory Language of Offense)
willfully and knowingly use, or attempt to use, a passport issued or designed for the use of another.

Maximum Penalties: Class D Felony: Not more than 10 years imprisonment; not more than 3 years Supervised Release; $100 special assessment; deportation.

in violation of Title 18 United States Code, Section(s) 1544 .
I further state that I am a(n) Special Agent with ICE and that this complaint is based on the
Official Title
following facts:

Please see attached Affidavit of Special Agent Diana Alvarez, Department of Homeland Security, Immigration and Customs Enforcement.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Approved
As To
Form: Denise Marie Barton
AUSA

Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

27 Nov 07                              at   San Francisco, CA
Date                                         City and State

Honorable Bernard Zimmerman   United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**        }
                                        }        ss.   **AFFIDAVIT**
**NORTHERN DISTRICT OF CALIFORNIA**     }

I, Diana Alvarez, Special Agent, U.S. Immigration and Customs Enforcement (ICE), first being duly sworn, do depose and state:

## I. INTRODUCTION

1. This Affidavit is made in support of a complaint against Barbara LEWIS, date of birth August 9, 1964, for willfully and knowingly using a passport issued or designed for the use of another, in violation of Title 18, United States Code, section 1544.

2. The facts set forth in this affidavit are known to me as a result of my participation in this investigation, from reports made to me by other law enforcement officers, and from records, documents, and other evidence obtained during this investigation. Since this affidavit is being submitted for the limited purpose of obtaining a complaint charging Barbara LEWIS with a violation of federal law, I have not included each and every fact known to me concerning this investigation. I have only set forth the facts I believe are necessary to establish probable cause that a violation of federal law has occurred.

## II. AGENT BACKGROUND AND PURPOSE OF AFFIDAVIT

3. I am a Special Agent (SA) with U.S. Immigration and Customs Enforcement (ICE), assigned to the office of the Resident Agent in Charge, San Francisco International Airport, (RAC/SI) and have been employed by ICE since December of 2006. Prior to my employment with ICE, I was employed as a Data Analyst for a government contractor assigned to ICE for five years. I hold a Bachelor's degree in Criminal Justice from John Jay College of Criminal Justice in New York. I have completed ICE Special Agent Training and the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia.

    a.   I am responsible for enforcing federal criminal statutes including violations of Title 18 Section 1544 of the United States Code, which involves the misuse of

passports. I have received training and actual experience relating to Federal Criminal Procedures, Federal Statutes and U.S. Immigration and Customs Regulations. In the course of the investigation described herein, I have consulted with other federal agents, including ICE agents at the San Francisco Airport who have written affidavits for or participated in the application for and execution of hundreds of criminal complaints and search warrants over the course of their careers.

        b.    As a Special Agent of ICE, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States.

### III. APPLICABLE LAW

4. Title 18, United States Code, section 1544 provides, in pertinent part, that "whoever willfully and knowingly uses, or attempts to use, any passport issued or designed for the use of another . . . shall be fined."

### IV. FACTS ESTABLISHING PROBABLE CAUSE

5. On November 21, 2007, at approximately 1605 hours a female passenger bearing U.S. Passport number 057012027 issued in the name of Stephanie Michelle Puckett, date of birth July 11, 1981, arrived at San Francisco International Airport (SFO) from London, England aboard United Airlines flight number 931. The female passenger presented this U.S. Passport to U.S. Customs and Border Protection Officer (CBPO) Brandon Dangaran as proof of her lawful admissibility to the United States.

6. There was a Treasury Enforcement Communication System (TECS) lookout on Puckett's passport because it was believed that an imposter(s) had previously used this passport to unlawfully gain entry into the United States.

7. The true Stephanie Puckett has a criminal record in Arizona and has been assigned Federal Bureau of Investigation (FBI) number 733251TB7. The female passenger in possession of passport number 057012027 was referred for secondary examination to see if

2

her fingerprints matched the fingerprints on file with the FBI under record number 733251TB7 for Stephanie Puckett.

8. CBPO Edwardo Reveles electronically submitted the female passenger's fingerprints to the FBI via the Integrated Automated Fingerprint Identification System (IAFIS). The female passenger's fingerprints matched the fingerprints the FBI has on file for Barbara LEWIS, date of birth August 9, 1964, FBI number 599670XA0. LEWIS' fingerprints did not match the fingerprints the FBI has on file for Stephanie Puckett.

9. On November 23, 2007, Senior Special Agent Kenneth Okazaki and I interviewed LEWIS at the Santa Clara County Jail. At approximately 1220 hours I read LEWIS her Miranda rights from a standard ICE Miranda form. I then asked LEWIS if she understood her rights. She said she did. I asked her if she was willing to waive her rights and answer questions. She said she was. LEWIS was then asked to initial each line listed on the form and sign on the bottom. After LEWIS signed the form, I proceeded to ask her who she was. She stated her true name was Barbara Marcia LEWIS. She said that she was not a United States citizen and that she was a Jaimacan citizen. I asked LEWIS to tell me how she obtained the U.S. Passport she was using and if it was under her name. LEWIS stated a man by the name of "Big D" provided her with money, a birth certificate, and social security card in the name of Stephanie Puckett in order for her to apply for a U.S. Passport. LEWIS stated that she applied for the passport in the name of Stephanie Puckett in Arizona in 2003. The passport issue date is February 26, 2003. I asked LEWIS if she knew that applying for a U.S. Passport under someone else's identity was a crime. LEWIS said yes.

//
//
//
//
//
//
//

## V. CONCLUSION

10. Based on the above facts and information, I submit there is probable cause to believe that on or about November 21, 2007, in the Northern District of California, Barbara LEWIS willfully and knowingly used a passport issued or designed for the use of another, in violation of Title 18 United States Code, section 1544.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*[signature]*
Diana Alvarez, Special Agent
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

Sworn to before me, and subscribed in my presence,
This 26th day of November, 2007.

*[signature]*
HON. BERNARD ZIMMERMAN
United States Magistrate Judge